IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEAMPRET JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-466-WKW |
| | ) | [WO] |
| WALLY OLSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On August 30, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (Doc. # 9) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court and prosecute this action.

A separate final judgment will be entered.

DONE this 24th day of September, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE